IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

LESA A. MONAHAN                                                 PLAINTIFF

      v.             Civil No. 06-3048

ACTRONIX, INC. and
STANDARD INSURANCE COMPANY                        DEFENDANTS

STANDARD INSURANCE COMPANY                      COUNTERCLAIMANT

      v.

LESA A. MONAHAN                                      COUNTERDEFENDANT

**ORDER**

NOW on this 7th day of November, 2006, the above referenced matter comes on for this Court's consideration of **Standard Insurance Company's Motion to Stay Scheduling Order Pending a Ruling on its Motion for Judgment on the Pleadings (document #8)**, and the plaintiff's response thereto. Being well and sufficiently advised, the Court finds and orders that the motion should be, and it hereby is, **granted.** The deadlines set forth in this Court's scheduling letter dated October 2, 2006 are hereby stayed.

    **IT IS SO ORDERED.**


                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE