```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                    HARRISON DIVISION
```

LESA MONAHAN                                             PLAINTIFF

v. Civil No. 06-3048

ACTRONIX, INC. AND
STANDARD INSURANCE COMPANY                              DEFENDANTS

### O R D E R

NOW on this 18th day of December 2007, comes on for consideration the **Joint Motion of Jill Jacoway, Chapter 7 Trustee, Standard Insurance Company and Actronix, Inc., to Substitute Trustee Jill Jacoway as Party Plaintiff in Lieu of Lesa Monahan** (document #18). The Court, being well and sufficiently advised, finds that said motion should be, and it hereby is, **GRANTED**. Accordingly, Trustee Jill Jacoway is hereby substituted as plaintiff for purposes of permitting Trustee to execute a Stipulation of Dismissal for this civil action.

**IT IS SO ORDERED.**

                              /s/ Jimm Larry Hendren
                              **JIMM LARRY HENDREN**
                              **UNITED STATES DISTRICT JUDGE**